UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LOUIS VERNELL,

  Plaintiff,

-vs-

NUVELL CREDIT COMPANY LLC &
ALLY FINANCIAL INC,

  Defendants.
  _____/

CASE NO.:  2:15-CV-674-FTM-38MRM

## NOTICE OF PENDING SETTLEMENT

Plaintiff, LOUIS VERNELL, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LOUIS VERNELL, and Defendants, NUVELL CREDIT COMPANY, LLC and ALLY FINANCIAL, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQUIRE
Florida Bar#: 88672
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Email:  fkerney@forthepeople.com
Secondary: jkneeland@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2016, the foregoing Notice of Pending Settlement was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Irwin R. Gilbert, Equire, (igilbert@kelleykronenberg.com; rrivera@kelleykronenberg.com) Kelley Kronenberg, PA, 1475 Centrepark Blvd., Suite 275, West Palm Beach, FL 33401; David E. Hicks, Esquire, (dhickss@kelleykronenberg.com), Kelley Kronenberg Attorneys at Law, 1511 N. Westshore Blvd., Suite 400, Tampa, FL 33607.

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672